UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES FERNANDEZ,

          Plaintiff

-against-

DANNIEL S. LANDIS,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019

19 Civ. 8192 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 15, 2019, Defendant informed the Court that his name is properly spelled "Danniel S. Landis." ECF No. 15. Accordingly, it is ORDERED that the caption of this case be amended to reflect the correct spelling.

The Clerk of Court is directed to amend the caption of this action as set forth above.

SO ORDERED.

Dated: November 15, 2019
       New York, New York

ANALISA TORRES
United States District Judge