UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES FERNANDEZ,

        Plaintiff

-against-

DANNIEL S. LANDIS,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2019

19 Civ. 8192 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 1, 2019, Plaintiff moved to amend the complaint. ECF No 13. It is hereby ORDERED that by **November 22, 2019**, Defendant shall respond to Plaintiff's motion and, if Defendant opposes that motion, shall file a brief not to exceed 6 pages double-spaced setting out arguments and authorities in support of his opposition.

    SO ORDERED.

Dated: November 15, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge