UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRES FERNANDEZ,

                Plaintiff,

-against-

DANIEL S. LANDIS,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

19 Civ. 8192 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 15, 2019, the Court ordered Defendant to submit a letter stating his position on Plaintiff's motion to amend the complaint, and if necessary a brief in support of that position. ECF No. 18. That submission is now overdue. Accordingly, it is ordered that by **November 27, 2019**, at **12:00 p.m.**, Defendant shall respond to Plaintiff's motion, ECF No. 13, consistent with the Court's order of November 15, 2019.

    SO ORDERED.

Dated: November 25, 2019
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge