```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANDRES FERNANDEZ,

                        Plaintiff,

        -against-

DANNIEL S. LANDIS,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

19 Civ. 8192 (AT)

**ORDER**

ANALISA TORRES, District Judge:

It is ORDERED that the initial pretrial conference scheduled for March 23, 2020, shall proceed telephonically. The parties are directed to call chambers at (212) 805-0293 on **March 23, 2020**, at **12:00 p.m.** with both parties on the line.

SO ORDERED.

Dated: March 9, 2020
        New York, New York

_____
ANALISA TORRES
United States District Judge