UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ANDRES FERNANDEZ,

                              Plaintiff,

              -against-

DANNIEL S. LANDIS,

                              Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020
```

19 Civ. 8192 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On March 27, 2020, counsel for Plaintiff submitted a motion for reconsideration of the Court's order denying leave to withdraw, which remains pending before the Court. ECF No. 41. In that motion, Plaintiff's counsel represented that "[t]here is more than likely no way that in the next 2 weeks or so . . . fact discovery will be able to be completed." *Id.* ¶ 5. Nonetheless, the parties did not submit any motion for an extension of the discovery period before it ended on April 10, 2020. ECF No. 38.

A joint status letter from the parties is due tomorrow, April 23, 2020, in advance of the case management conference scheduled for April 30, 2020. ECF No. 38. It is ORDERED that the parties' status letter shall address the impact of COVID-19 on discovery, and indicate whether an (untimely) extension of the discovery period is required.

SO ORDERED.

Dated: April 22, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge