UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDRES FERNANDEZ,                                :

        Plaintiff,                                         :

     -against-                                                 :

DANNIEL S. LANDIS,                                  :

        Defendant.                                      :
------------------------------------------------------------X

**ORDER**

19-CV-8192 (AT) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously for May 7, 2020, at 2:30 p.m., is cancelled, based on the order appearing at Docket Entry No. 50. On or before July 1, 2020, the parties shall file a joint writing proposing three dates on which all parties are available to attend a settlement conference. Counsel go the plaintiff shall serve the plaintiff with a copy of this order and file proof of service with the Clerk of Court.

Dated: New York, New York
       May 1, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE